of the United States for the Western District of Wisconsin. Charles M. Peck and Lysander Hill, for appellant. William R. Bagley, for appellee. No opinion. Dismissed pursuant to rule 20.

---

In re TAYLOR. (Circuit Court of Appeals, Seventh Circuit. May 1, 1903.) No. 991. Original Petition in Bankruptcy to Review and Revise an Order of the District Court of the United States for the Southern District of Illinois. Charles M. Peirce and A. L. Phillips, for petitioner. J. E. Pollock and L. C. Hay, for respondent. No opinion. Order reversing.

---

In re TAYLOR. SHOLTY v. WILSON. (Circuit Court of Appeals, Seventh Circuit. May 1, 1903.) No. 980. Appeal from the District Court of the United States for the Southern District of Illinois. Charles M. Peirce and A. L. Phillips, for appellant. J. E. Pollock and L. C. Hay, for appellee. No opinion. Dismissed.

---

UNION CASUALTY & SURETY CO. v. AYLER. (Circuit Court of Appeals, Sixth Circuit. March 14, 1903.) No. 1,154. In Error to the Circuit Court of the United States for the Middle District of Tennessee. Vertrees & Vertrees, for plaintiff in error. W. H. Williamson and Arthur Crownover, for defendant in error. No opinion. Affirmed.

---

UNITED STATES v. T. BUETTNER & CO. (Circuit Court of Appeals, Seventh Circuit. May 5, 1903.) No. 960. Appeal from the Circuit Court of the United States for the Northern District of Illinois. S. H. Bethea, for appellant. J. H. Defrees, William Brace, and John G. Campbell, for appellee. No opinion. Dismissed on motion of appellant.

---

VILLAGE OF MARICE CITY v. CLAPP. (Circuit Court of Appeals, Sixth Circuit. February 13, 1903.) No. 1,141. In Error to the Circuit Court of the United States for the Northern District of Ohio. Seney & Johnson and Watts & Moore, for plaintiff in error. Cable & Parmenter and W. B. Richie, for defendant in error. No opinion. Affirmed.

---

BRODRICK COPYGRAPH CO. OF NEW JERSEY et al. v. ROPER. (Circuit Court, D. Rhode Island. May 11, 1903.) No. 2,633. In Equity. Samuel Owen Edmonds, for complainants. Franklin P. Owen, for defendant.

BROWN, District Judge. I am of the opinion that the complainant is entitled to a preliminary injunction upon the authority of the following cases: Heaton Peninsular Button Fastener Co. v. Eureka Specialty Co., 77 Fed. 288, 25 C. C. A. 267, 35 L. R. A. 728; Cortelyou v. Lowe, 111 Fed. 1005, 49 C. C. A. 671; Tubular Rivet & Steel Co. v. O'Brien (C. C.) 93 Fed. 200. See, also, Victor Talking Machine Co. et al. v. The Fair (decision of the Circuit Court of Appeals for the Seventh Circuit, January session, 1903) 123 Fed. 424; Bement v. National Harrow Co., 186 U. S. 70, 90, 22 Sup. Ct. 747, 46 L. Ed. 1058. A preliminary injunction in the form prayed for, however, would be too broad, since it would cover the making and selling of duplicating ink for legitimate purposes, and sales in which the complainants' right would not be either directly or indirectly infringed. A decree may be presented so limited as to obviate this objection, and otherwise framed according to the prayer of the bill.